UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN AMAYA,<br><br>　　　　　　　　　　Plaintiff,<br><br>-against-<br><br>COMMISSIONER OF SOCIAL SECUTIY,<br><br>　　　　　　　　　　Defendant. | **24-CV-4724 (MKV) (VF)**<br><br>**ORDER** |

**VALERIE FIGUEREDO, United States Magistrate Judge:**

In response to Plaintiff's request at ECF No. 16, the Court hereby amends the briefing schedule as follows:

- Plaintiff's brief is due **February 19, 2025**;
- Commissioner's brief is due **March 24, 2025**; and
- Plaintiff's reply is due **April 4, 2025**.

**SO ORDERED.**

Dated:　January 21, 2025
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　VALERIE FIGUEREDO
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge